No. —, Original.. *Ex parte:* IN THE MATTER OF HENRY WOODHOUSE, ETC., PETITIONER. June 4, 1923. Motion for leave to file petition for writ of mandamus herein denied. *Mr. Henry Woodhouse* pro se.

---

No. 552. GUARANTY TITLE & TRUST CORPORATION, RECEIVER, ETC. *v.* UNITED STATES. Appeal from the Court of Claims. Motion submitted May 21, 1923. Order entered June 4, 1923. Motion of Norfolk Hampton Roads Company for leave to intervene as a party appellee in this case granted. The appellant to give bond in the amount of $3,000, bond to run in the name of the United States for the benefit of the Norfolk Hampton Roads Company to secure the payment· of costs of the appeal as well as interest on $33,000, constituting that part of the judgment recovered by the Norfolk Hampton Roads Company, payment of which has been withheld in consequence of the appeal. *Mr. H. H. Rumble* for Norfolk Hampton Roads Company. *Mr. R. B. Tunstall, Mr. Edward R. F. Wells* and *Mr. Wm. Leigh Williams* for appellant. *The Attorney General* for the United States.

---

No. 574. LION BONDING & SURETY COMPANY *v.* A. H. KARATZ; and

No. 467. DEPARTMENT OF TRADE & COMMERCE OF THE STATE OF NEBRASKA ET AL. *v.* A. J. HERTZ ET AL., AS RECEIVERS OF LION BONDING & SURETY COMPANY. Certiorari to the Circuit Court of Appeals for the Eighth Circuit. Motion submitted May 21, 1923. Decided June 4, 1923. Motion to modify decree denied. *Mr. Bruce W. Sanborn, Mr. William G. Graves, Mr. Samuel G. Ordway* and *Mr. William R. Kueffner,* for respondents, in support of the motion. *Mr. Halleck F. Rose, Mr. O. S. Spillman, Mr. John F. Stout, Mr. Arthur R. Wells, Mr. Paul L. Mar-*

*tin* and *Mr. Amos Thomas,* for petitioners, in opposition to the motion. [See *ante,* pp. 77, 640.]

---

No. —, Original. *Ex parte:* IN THE MATTER OF JESSE C. RUMSEY, PETITIONER. June 4, 1923. Motion for leave to file a petition for a writ of habeas corpus herein denied. *Mr. Jesse C. Rumsey* pro se.

---

No. 876. JAMES C. DAVIS, AS AGENT, ETC. *v.* W. M. SCROGGINS. Error to the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted May 7, 1923. Decided June 4, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 3 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Ras Young* and *Mr. George Thompson* for plaintiff in error. *Mr. Cone Johnson, Mr. James W. Edwards* and *Mr. Fred V. Hughes* for defendant in error.

---

No. —, Original. UNITED STATES *v.* STATE OF OKLAHOMA. June 11, 1923. Motion for leave to file bill of complaint herein denied. *The Attorney General, Mr. Solicitor General Beck* and *Mr. Alfred A. Wheat* for the United States.

---

No. —. W. J. BLAIR *v.* F. RORER'S ADMINISTRATOR ET AL. June 11, 1923. Motion for leave to file a petition for a writ of error herein to the Supreme Court of Appeals of the State of Virginia denied. *Mr. Aubrey E. Strode* for plaintiff in error.

---

No. 274. WILLIAM RANDALL ET AL. *v.* BOARD OF COMMISSIONERS OF TIPPECANOE COUNTY, INDIANA. Error to